BRYAN SCHRODER
United States Attorney

CHRISTINA SHERMAN
Assistant U.S. Attorney
Federal Building & U.S. Courthouse
222 West Seventh Avenue, #9, Room 253
Anchorage, Alaska  99513-7567
Phone: (907) 271-5071
Fax: (907) 271-1500
Email: christina.sherman@usdoj.gov

Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| UNITED STATES OF AMERICA, | ) No. |
|---|---|
| Plaintiff, | ) <u>COUNT 1</u>: |
| vs. | ) FELON IN POSSESSION OF A FIREARM |
|  | )   Vio. of 18 U.S.C. §§ 922(g)(1) and |
| FALEALO MANUELE PULUSILA, | ) 924(a)(2) |
| Defendant. | ) |

<u>I N D I C T M E N T</u>

The Grand Jury charges that:

<u>COUNT 1</u>

On or about August 23, 2019, within the District of Alaska, the defendant, FALEALO MANUELE PULUSILA, knowingly having been convicted of crimes punishable by imprisonment for a term exceeding one year, did knowingly possess, in

and affecting interstate and foreign commerce, a firearm, to wit: a Smith & Wesson M&P .40 caliber semiautomatic pistol.

Convictions

| Conviction Date | Offense | Court | Case No. |
|---|---|---|---|
| February 12, 2019 | Felon in Possession of Ammunition | U.S. District Court – District of Alaska | 3:18-cr-00057-SLG |
| July 26, 2013 | Fourth Degree Misconduct Involving a Controlled Substance | State of Alaska | 3AN-13-5018CR |

All of which is in violation of 18 U.S.C. §§ 922(g)(1) and 924(a)(2).

A TRUE BILL.

s/ Grand Jury Foreperson
GRAND JURY FOREPERSON


s/ Christina Sherman
CHRISTINA SHERMAN
Assistant U.S. Attorney
United States of America


s/ Bryan Schroder
BRYAN SCHRODER
United States Attorney
United States of America


DATE: February 19, 2020